IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02098-WDM-PAC

JEAN ANN NOLTE BRAUN,

     Plaintiff(s),

v.

MEINHOLD, STAWIARSKI, SHAPIRO & CODILIS, LLP, et al.,

     Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 20, 2005

     IT IS HEREBY

     **ORDERED** that Plaintiff's Request for Production of Documents from Meinhold, Stawiarski, Shapiro and Codilis, L.L.P. [filed June 16, 2005, docket # 84] and incorrectly docketed as a motion to compel, is **stricken** because it is a discovery request which should not have been filed with the Court.  *See* Rule 5(a), Fed.R.Civ.P.  It is further

     **ORDERED** that Defendants Meinhold et al's Alternative Motion for Reconsideration [filed July 7, 2005] is **denied** for the same reasons their request for relief in the July 7, 2005 Motion to Clarify was denied, which reasons were stated on the record at the motions hearing this date.