IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02098-WDM-PAC

JEAN ANN NOLTE BRAUN,

    Plaintiff(s),

v.

MEINHOLD, STAWIARSKI, SHAPIRO & CODILIS, LLP, et al.,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
October 12, 2005

    The Court has reviewed the Defendants' Motion to Strike Plaintiff's Expert Witness [filed August 26, 2005] and plaintiff's response.  The Court notes that all defendants excepting Washington Mutual filed the motion.

    The Court finds that the moving defendants failed to comply with D.C. Colo. L.Civ.R. 7.1.A which requires a conference in an attempt to work out the dispute for all motions except Rules 12 and 56 motions.  The Court further finds that the information plaintiff gave for Randy Weisgerber does not meet the requirements of Rule 26(a)(2), and that her excuse of failing to receive documents from defendants is without merit.  Plaintiff failed to file a motion to compel directed to the documents and failed to move for an extension of time to provide complete Rule 26(a)(2) information.  For these reasons, and because plaintiff is *pro se*, it is hereby

    **ORDERED** that Defendants' Motion to Strike Plaintiff's Expert Witness [filed August 26, 2005] is denied in its entirety.  It is further

    **ORDERED** that plaintiff shall submit complete Rule 26(a)(2) information for Randy Weisgerber, including but not limited to, the report the Rule requires, no later than **October 31, 2005**.