IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-02098-WDM-PAC

JEAN ANN NOLTE BRAUN,

    Plaintiff,

v.

MEINHOLD, STAWIARSKI, SHAPIRO & CODILIS, LLP, et al.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant Washing Mutual Bank's motion for summary judgment is stricken for failure to comply with Electronic Case Filing Procedure V.C.4.

Dated: November 14, 2005

                                                                 _____
                                                             /s/ Jane Trexler, Secretary/Deputy Clerk