IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02098-WDM-PAC

JEAN ANN NOLTE BRAUN,

    Plaintiff(s),

v.

MEINHOLD, STAWIARSKI, SHAPIRO & CODILIS, LLP, et al.,

    Defendant(s).

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that the Motion to Vacate Final Pretrial Conference [filed November 23, 2005; Doc. No. 154] is **denied as moot.**  Please see Document No. 153.

Dated:  November 28, 2005