IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-cv-02098-WDM-PAC

JEAN ANN NOLTE BRAUN,

    Plaintiff,

v.

MEINHOLD STAWIARSKI, SHAPIRO & CODILIS, LLP, et al.,

    Defendant(s).
_____

**ORDER OF DISMISSAL OF HOLLY L. DECKER ONLY**
_____

    This matter is before me because the plaintiff has failed to respond to my January 25, 2006 Order to Show Cause.  It is now ordered that the complaint and this action are dismissed without prejudice for failure to prosecute as to defendant Holly L. Decker only.

    DATED at Denver, Colorado, on February 8, 2006.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge