IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-cv-02098-WDM-PAC

JEAN ANN NOLTE BRAUN,

    Plaintiff,

v.

MEINHOLD STAWIARSKI, SHAPIRO & CODILIS, LLP, et al.,

    Defendant(s).

_____

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**
_____

    This matter is before me on the Recommendation of Magistrate Judge Patricia A. Coan, issued August 24, 2006, that defendant Washington Mutual Bank's motion for summary judgment (Doc. No. 144) be granted.  Plaintiff has not objected to this recommendation and is therefore not entitled to *de novo* review.  28 U.S.C. § 636(b).

    I have reviewed the pertinent portions of the record in this case, including the motion, plaintiff's response, and the recommendation.  I agree with Magistrate Judge Coan that the case should be dismissed with prejudice.

    Accordingly, it is ordered:

    1.  The Recommendation of United States Judge Coan is accepted;

    2.  Washington Mutual Bank's motion for summary judgment is granted and all claims against said defendant are dismissed with prejudice;

3. Defendant may have its costs; and

4. This case shall be terminated.

DATED at Denver, Colorado, on September 28, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge